UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    LOISYNNETTE LITTLE

                          Plaintiff(s)

     -vs-                                     06-Cv-6337

    RONALD L. ZARELLA, ET AL

                          Defendant(s)
_____

       William B. Federman, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of Oklahoma and various state and federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of William B. Federman, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

       Wherefore, upon receipt of the $75.00 admission fee, William B. Federman, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

       ALL OF THE ABOVE IS SO ORDERED.

                                      <u>   S/ MICHAEL A. TELESCA   </u>
                                      MICHAEL A. TELESCA
                                      United States District Judge

Dated:  Rochester, New York
        August 7, 2006